IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ERIC FLORES,**

      **Plaintiff,**

vs.                                                        Case No.: 2:15-cv-1207
                                                                  JUDGE SMITH
                                                                  Magistrate Judge Deavers

**UNITED STATES ATTORNEY
GENERAL,** *et al.***,**

      **Defendant.**

### ORDER

On April 9, 2015, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Plaintiff's Complaint be dismissed for failure to state a claim upon which relief can be granted. (*See Report and Recommendation*, Doc. 3). The parties were advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** Plaintiff's Complaint fails to state a claim upon which relief can be granted. Accordingly, Plaintiff's Complaint is hereby **DISMISSED** pursuant to Section 1915(e)(2).

The Clerk shall remove Document 3 from the Court's pending motions list and terminate this case.

      **IT IS SO ORDERED**.

                                                                          */s/ George C. Smith*_____
                                                                          **GEORGE C. SMITH, JUDGE
                                                                          UNITED STATES DISTRICT COURT**